IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CARL MALONE                                                                              PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:22-cv-00035-NBB-JMV

COOKE INSURANCE CENTER, INC., ET AL.                                    DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January 13, 2023, was on that date duly mailed to the *pro se* plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated January 13, 2023, is hereby approved and adopted as the opinion of the court.

2. That defendants Becky Hannah, Jesse Barham, and Thomas Wooten are hereby **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41.

**THIS**, the 6th day of March, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE